**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

In re:   MINDY RAINE JOHNSON,        Chapter 7
                                     Case No. 26-30522-MWC

           Debtor.

---

**APPLICATION BY TRUSTEE TO EMPLOY AND APPOINT**
**SPECIAL COUNSEL UNDER HOURLY FEE BASIS**

Theresa M. Bender, Chapter 7 Trustee (hereinafter, the "Trustee") for the bankruptcy estate of the above-named debtor, pursuant to 11 U.S.C. §327 and Rule 2014, FRBP, applies to the Court for entry of an Order approving Application by Trustee to Employ and Appoint Special Counsel Under Hourly Fee Basis appointing Moorhead Law Group, PLLC, as special counsel for the Trustee under hourly fee basis and, as grounds for this Motion, represents:

1.      Theresa M. Bender is duly qualified, appointed and is now acting as the Trustee in the referenced case.

2.      The Trustee files this application pursuant to Bankruptcy Code §327 and Rule 2014, Federal Rules of Bankruptcy Procedure.

3.      The Trustee wishes to employ the law firm of Moorhead Law Group, PLLC ("MLG") as special counsel for the Chapter 7 Trustee.

4. The Trustee has selected MLG because its attorneys are experienced in matters of the character and type of the above-referenced case, and the Trustee believes that MLG is well qualified to represent the Trustee in this proceeding.

5. The hourly fee agreement is as follows[1]:

   a. Robert J. Powell, Esq. (Partner) | $400.00/hour

   b. Ethan C. Gibson, Esq. (Associate) | $250.00/hour

   c. Heidi A. Yefremov (Florida Registered Paralegal/NALA Advanced Certified Paralegal) | $195.00/hour

6. The professional services to be rendered by MLG for the Trustee are:

   a. To represent the estate in a civil action to prosecute a partition action to monetize the Debtor's interest in certain residential real property located at 492 Martin Luther King Drive, Chipley, Florida 32428 (the "Property"); and

   b. To represent the estate in a civil action to determine the beneficiaries of the deceased co-owner of the Property in order to partition the Property.

7. The Trustee acknowledges that this Court reserves jurisdiction over the award of attorney fees and costs, provided however, that such attorney fees and costs may be conditionally awarded by the state court, subject to final approval of this

---

[1]Attorney fees/costs are recoverable in a partition action from the sale proceeds of the subject property pursuant to Florida law.

Court in accordance with 11 U.S.C. § 330. The Trustee further acknowledges that compensation of MLG is contingent upon the successful monetization of the Debtor's interest in the Property through the state-court partition proceeding.

8. MLG represents no interest adverse to the Trustee or to the bankruptcy estate in matters upon which MLG is to be engaged. The employment of MLG will be in the best interest of the bankruptcy estate.

9. The attorneys with MLG are attorneys authorized to practice before the state courts in the State of Florida and have experience civil matters similar to the one being prosecuted by the estate and are well qualified to represent Applicant.

10. Applicant has or has had prior professional dealings with Theresa M. Bender by employing them as attorneys in other Chapter 7 cases in which she has been appointed trustee. To the best of applicant's knowledge, information and belief, the attorneys have no other connections with any creditors, parties in interest or the U.S. Trustee which would be adverse to the Debtor or the estate.

11. An affidavit is attached to this application to employ as Exhibit A.

WHEREFORE, Theresa M. Bender, the Trustee of the bankruptcy estate of the above-named debtor, applies to the Court for entry of an Order appointing

Moorhead Law Group, PLLC as attorneys an hourly fee basis.

Respectfully submitted on August 8, 2026.

/s/ Theresa M. Bender
**THERESA M. BENDER**
Chapter 7 Trustee
Florida Bar No. 749486
P.O. Box 14557
Tallahassee, FL 32317
(850) 205-7777
tmbenderch7@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the FOREGOING was served *on interested parties* on the following in the manner stated below:
**Served by U.S. Mail to the Non CM/ECF persons/entities below:**

Mindy Raine Johnson, 2269 Rockford Dr, Chipley, FL 32428;

AUGUST 8, 2026

/s/ Theresa M. Bender
**THERESA M. BENDER**

In re:   MINDY RAINE JOHNSON,                    Chapter 7
                                                 Case No. 26-30522-MWC

         the Debtor.

---

### AFFIDAVIT

The undersigned hereby makes solemn oath:

1.     That I am an attorney at law with the firm of Moorhead Law Group, PLLC (the "Firm"), and I am duly admitted to practice before state courts in the State of Florida, with my office located at 127 Palafox Place, Suite 200, Pensacola, Florida 32502. I am also a partner of Moorhead Law Group, PLLC, and leader of the firm's litigation practice group.

2.     That I am eligible under the Bankruptcy Code for employment in the prosecution of civil matters.

3.     To the best of my knowledge, neither the Firm nor I have had business, professional or other connections during one year prior and up and to the date of this Affidavit that would pose as a conflict of interest with that of the Chapter 7 Trustee, the Estate, United States Trustee, or any other party of interest in this proceeding.

4.     I understand that the Trustee in Bankruptcy is the proper and interested party, and recognize her authority to administer claims on behalf of the estate. I recognize that as Special Counsel, the Trustee is the client and I will continue to keep the Trustee apprised of the status of the case, and will provide her with any and all information as is necessary for her to administer this claim as an asset of the bankruptcy case.

5.     Representation of the Estate will be on a hourly fee basis as set forth in the Application by Trustee to Employ and Appoint Special Counsel Under Hourly Fee Basis.

6.     I have not shared or agreed to share any compensation with any person, other than a partner, employee, or regular associate of Moorhead Law Group, PLLC.

7.     To the best of my knowledge, I have no connections with any creditors, parties in interest, or the U.S. Trustee which would be adverse to the Debtor or to this Estate in the matters upon which we are to be engaged for the Trustee.

Dated ___Aug. 5___, 2026.

_____
Robert J. Powell, Esquire,
individually and on behalf of
Moorhead Law Group, PLLC

STATE OF FLORIDA
COUNTY OF ESCAMBIA

SWORN TO and subscribed before me by means of [ ✓ ] physical presence or [ ] online notarization this 5th day of August, 2026, by Robert J. Powell who is personally known to me and who did take an oath.



HEIDI A. YEFREMOV
NOTARY PUBLIC · STATE OF FLORIDA
COMMISSION # HH 444844
My Commission Expires 09/25/27

Notary Seal

_Heidi A. Yefremov_
Notary Public